**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Moon Jump, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-3763943** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1750 West Armitage Court**<br>**Addison, IL 60101**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **DuPage**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.moonjump.net** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Moon Jump, Inc.**                                                        Case number (*if known*) _____
     Name

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|--------------|------|--------------|-------------|--------------|
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
|--------|--------------|------|--------------|--------------|--------------|
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor   **Moon Jump, Inc.**                                    Case number (*if known*) _____
          Name

---

**11. Why is the case filed in**     *Check all that apply:*
    **this district?**

    ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
        preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or**       ■ No
    **have possession of any**       ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **real property or personal**
    **property that needs**
    **immediate attention?**         **Why does the property need immediate attention?** (*Check all that apply.*)

                                     ☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                          What is the hazard? _____

                                     ☐  It needs to be physically secured or protected from the weather.

                                     ☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                          livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                     ☐  Other _____

                                     **Where is the property?**   _____
                                                                  Number, Street, City, State & ZIP Code

                                     **Is the property insured?**

                                     ☐ No

                                     ☐ Yes.   Insurance agency   _____

                                              Contact name       _____

                                              Phone              _____

---

███   **Statistical and administrative information**

---

**13. Debtor's estimation of**      .   *Check one:*
    **available funds**
                                     ☐  Funds will be available for distribution to unsecured creditors.

                                     ■  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**         ■ 1-49                    ☐ 1,000-5,000            ☐ 25,001-50,000
    **creditors**                   ☐ 50-99                   ☐ 5001-10,000            ☐ 50,001-100,000
                                     ☐ 100-199                 ☐ 10,001-25,000          ☐ More than100,000
                                     ☐ 200-999

---

**15. Estimated Assets**            ☐ $0 - $50,000                    ☐ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
                                     ☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
                                     ■ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
                                     ☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

---

**16. Estimated liabilities**       ☐ $0 - $50,000                    ☐ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
                                     ☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
                                     ■ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
                                     ☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

---

Debtor   **Moon Jump, Inc.**                                   Case number (*if known*) _____
_____
Name

| | |
|---|---|

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 8, 2019**
MM / DD / YYYY

**X** **/s/ Othon E. Nunez, Jr.**                          **Othon E. Nunez, Jr.**
Signature of authorized representative of debtor            Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Joel A. Schechter**                     Date   **November 8, 2019**
Signature of attorney for debtor                           MM / DD / YYYY

**Joel A. Schechter 3122099**
Printed name

**Law Offices of Joel A. Schechter**
Firm name

**53 West Jackson Blvd**
**Suite 1522**
**Chicago, IL 60604**
Number, Street, City, State & ZIP Code

Contact phone   **312-332-0267**      Email address   **joelschechter1953@gmail.com**

**3122099 IL**
Bar number and State

Debtor   **Moon Jump, Inc.**                                                Case number (*if known*) _____
         Name

▓▓▓▓   Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 8, 2019**
              MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Othon E. Nunez, Jr.**
Printed name

Title   **President**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date   **November 8, 2019**
       MM / DD / YYYY

**Joel A. Schechter 3122099**
Printed name

**Law Offices of Joel A. Schechter**
Firm name

**53 West Jackson Blvd**
**Suite 1522**
**Chicago, IL 60604**
Number, Street, City, State & ZIP Code

Contact phone   **312-332-0267**       Email address   **joelschechter1953@gmail.com**

**3122099 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Moon Jump, Inc.**

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

<table>
<tr><td> </td><td>Declaration and signature</td></tr>
</table>

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 8, 2019**                    X _____
Signature of individual signing on behalf of debtor

**Othon E. Nunez, Jr.**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Moon Jump, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                            12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................... $         **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................ $     **206,139.83**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................. $     **206,139.83**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **240,416.17**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $     **8,671.23**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$     **150,307.60**

4.  **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b                      $     **399,395.00**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Moon Jump, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase, account is overdrawn** | **checking** | **8983** | **$0.00** |
| 3.2. | **Chase** | **savings** | **0876** | **$29.83** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$29.83**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Moon Jump, Inc.**
Name
Case number *(If known)*

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**misc desks, chairs, computers, monitors,**<br>**cleaning supplies, refrigerator** | **$0.00** | Liquidation | **$1,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**                                                                    **$1,000.00**
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Moon Jump, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | 2016 Ford Transit Cargo Van | $0.00 | Liquidation | $12,000.00 |
|---|---|---|---|---|

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| NFlatables equipment-see attached list | $0.00 | Liquidation | $135,110.00 |
|---|---|---|---|

**51.** **Total of Part 8.**

| | $147,110.00 |
|---|---|

Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

**61.** **Internet domain names and websites**

| website, facebook database | $0.00 | Liquidation | $23,000.00 |
|---|---|---|---|

**62.** **Licenses, franchises, and royalties**

**63.** **Customer lists, mailing lists, or other compilations**

| phone number, customer database | $0.00 | Liquidation | $35,000.00 |
|---|---|---|---|

Debtor    **Moon Jump, Inc.**
_____ Case number *(If known)* _____
Name

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**
| $58,000.00 |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Moon Jump, Inc.**
_____    Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $29.83 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $147,110.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $58,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $206,139.83 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $206,139.83 |

Moon Jump Inc Asset List

| QTY | Description | Description | Original Cost | Liquidation Value |
|---|---|---|---|---|
| 1 | All Star | Bounce House | $2,000 | $700 |
| 1 | All Star with Hoop | Bounce House | $2,000 | $700 |
| 1 | Birthday Cake 2 | Bounce House | $2,000 | $700 |
| 1 | Birthday Cake 2 | Bounce House | $2,000 | $700 |
| 1 | Boxing Ring with gloves | Bounce House | $2,500 | $875 |
| 1 | Disney Princess | Bounce House | $2,000 | $700 |
| 1 | Disney Princess 2 | Bounce House | $2,000 | $700 |
| 2 | Dream Castle | Bounce House | $4,000 | $1,400 |
| 2 | Extra Large Fun House | Bounce House | $4,000 | $1,400 |
| 1 | Finding Dori | Bounce House | $2,000 | $700 |
| 11 | Fun House | Bounce House | $2,000 | $700 |
| 1 | Hello Kitty | Bounce House | $2,000 | $700 |
| 1 | Indoor Jump | Bounce House | $2,000 | $700 |
| 1 | Module Bouncer | Bounce House | $2,000 | $700 |
| 1 | Module Fun House Bouncer | Bounce House | $2,000 | $700 |
| 1 | Monster Truck | Bounce House | $2,000 | $700 |
| 1 | Palm Tree | Bounce House | $2,000 | $700 |
| 1 | Palm Tree with Hoop | Bounce House | $2,000 | $700 |
| 1 | Pumpkin Bouncer | Bounce House | $2,000 | $700 |
| 1 | Star Wars | Bounce House | $1,800 | $630 |
| 2 | Scooby | Bounce House | $2,000 | $700 |
| 1 | Tiger Belly | Bounce House | $2,000 | $700 |
| 2 | Teenage Mutant Ninja Turtl | Bounce House | $4,000 | $1,400 |
| 1 | Under the Ocean | Bounce House | $2,000 | $700 |
| | | | | |
| 1 | 3DP | Jump and Slide Combo | $3,500 | $1,225 |
| 1 | Athlete Combo | Jump and Slide Combo | $3,500 | $1,225 |
| 1 | Backyard Combo | Jump and Slide Combo | $3,500 | $1,225 |
| 1 | Deluxe Moon Jump Combo | Jump and Slide Combo | $3,500 | $1,225 |
| 2 | Deluxe Combo | Jump and Slide Combo | $7,000 | $2,450 |
| 2 | Deluxe Sport | Jump and Slide Combo | $7,000 | $2,450 |
| 1 | Dream Combo | Jump and Slide Combo | $3,500 | $1,225 |
| 2 | Module Combo | Jump and Slide Combo | $7,000 | $2,450 |
| 1 | Star Wars Combo | Jump and Slide Combo | $3,000 | $1,050 |
| 1 | Tropical Combo | Jump and Slide Combo | $3,500 | $1,225 |
| 1 | USA Sports Combo | Jump and Slide Combo | $3,500 | $1,225 |
| | | | | |
| 1 | 15' Dry Slide | Dry Slides | $3,500 | $1,225 |
| 1 | 16' Dry Slide | Dry Slides | $3,500 | $1,225 |
| 1 | 18' Dry Slide | Dry Slides | $4,000 | $1,400 |
| 1 | 18' Dual Lane Slide | Dry Slides | $5,000 | $1,750 |
| 1 | 24' Super Slide | Dry Slides | $5,000 | $1,750 |
| | | | | |
| 1 | Bungee Run | Interactives | $2,000 | $700 |
| 1 | First Down | Interactives | $3,000 | $1,050 |

| | | | |
|---|---|---|---|
| 1 Full Court Basketball | Interactives | $3,500 | $1,225 |
| 1 Inflatable Velcro Wall | Interactives | $4,000 | $1,400 |
| 1 Jousting Ring | Interactives | $2,000 | $700 |
| 1 Large Bungee Run | Interactives | $4,000 | $1,400 |
| 1 Large Jousting Ring | Interactives | $4,000 | $1,400 |
| 1 Mini All-Star Sports | Interactives | $2,000 | $700 |
| 1 QB Blitz Football | Interactives | $3,000 | $1,050 |
| 1 Sports Arena | Interactives | $7,000 | $2,450 |
| 1 Speed Pitch | Interactives | $3,500 | $1,225 |
| 1 T-ball Home Run | Interactives | $2,000 | $700 |
| 1 Twister | Interactives | $2,000 | $700 |
| | | | |
| 1 40 FT | Obstacle Courses | $4,000 | $2,000 |
| 1 70 FT | Obstacle Courses | $7,000 | $3,750 |
| 1 Jungle Gym | Obstacle Courses | $5,000 | $1,750 |
| 1 Purple Pandemonium | Obstacle Courses | $10,000 | $5,000 |
| 1 Chaos | Obstacle Courses | $7,000 | $4,000 |
| | | | |
| 1 14' Wave Water Slide | Water Rides | $2,400 | $1,000 |
| 2 14' Mini Wave Water Slide | Water Rides | $3,400 | $2,000 |
| 1 16' Tropical Water Slide | Water Rides | $2,400 | $1,400 |
| 2 Double Slip and Slide | Water Rides | $5,600 | $4,600 |
| 1 Niagra Water Slide | Water Rides | $6,000 | $2,000 |
| 2 Slip and Slides | Water Rides | $2,000 | $2,000 |
| 1 24' Wave Water Slide | Water Rides | $8,200 | $5,000 |
| 1 24' Tropical Wave Water Sli | Water Rides | $8,200 | $5,000 |
| 1 North Flume Water Slide | Water Rides | $3,500 | $2,000 |
| | | | |
| 4 Bag Sets | Games | $600 | $200 |
| 1 Penguin Fish Fling | Games | $400 | $200 |
| 1 Beer Pong | Games | $900 | $450 |
| | | | |
| 1 Cotton Candy Machine | Concessions | $600 | $300 |
| 2 Cotton Candy Cart | Concessions | $400 | $200 |
| 2 Snow Cone Machines | Concessions | $800 | $500 |
| 1 Snow Cone Cart | Concessions | $200 | $100 |
| 2 Popcorn Machines | Concessions | $1,000 | $600 |
| 1 Hot Dog Steamer | Concessions | $250 | $100 |
| | | | |
| 7 Generators | Party Equipment | $5,600 | $3,500 |
| 7 Coolers | Party Equipment | $420 | $200 |
| 1 PA System | Party Equipment | $300 | $150 |
| 16 Banners | Party Equipment | $2,000 | $1,200 |
| 3 Tents | Party Equipment | $6,000 | $2,500 |
| | | | |
| 100 Blowers | Misc. Equipment | $20,000 | $10,000 |
| 10 Damaged Blowers | Misc. Equipment | $2,000 | $0 |

| | | | |
|---|---|---|---|
| 1 2008 Ford Ecoline | Misc. Equipment | $10,000 | $3,000 |
| 50 Tables | Misc. Equipment | $5,000 | $2,000 |
| 330 Chairs | Misc. Equipment | $3,300 | $1,650 |
| 320 Ground Stakes | Misc. Equipment | $1,280 | $960 |
| 110 Extension Cords | Misc. Equipment | $6,600 | $3,300 |
| 1 Trailer | Misc. Equipment | $1,800 | $600 |
| 20 Handtrucks, Dollies, Carts | Misc. Equipment | $2,500 | $1,250 |
| 1 Air Compressor | Misc. Equipment | $1,000 | $500 |
| 1 Power Washer | Misc. Equipment | $600 | $300 |
| 1 Shop Vac | Misc. Equipment | $400 | $200 |
| 5 Shelving | Misc. Equipment | $1,000 | $500 |
| 1 Pallet Jack | Misc. Equipment | $1,000 | $500 |
| 1 Shovels and Supllies | Misc. Equipment | $600 | $300 |
| 6 Trash Cans | Misc. Equipment | $240 | $120 |
| 1 Tug of War Rope | Misc. Equipment | $400 | $200 |
| | | | |
| 1 www.moonjump.net | Int Property | $20,000 | $10,000 |
| 1 630-705-1000 21,000 Emails | Int Property | $5,000 | $5,000 |
| 1 Constant Contact Customer Database | Int Property | $10,000 | $10,000 |
| 1 8k-10K People | Int Property | 20,000 | $10,000 |
| 1 Facebook Database | Int Property | 3,000 | $3,000 |

Total:   $173,110

Inventory to the best of my knowledge

X _____   Othon E Nunez

Date  11/13/19

**Fill in this information to identify the case:**

Debtor name  **Moon Jump, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **American Express Merchant Financing**<br>Creditor's Name<br><br>**200 Vesey Street**<br>**New York, NY 10285**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**business loan**<br><br>Describe the lien<br>**Non-Purchase Money Security (second position)**<br>**Is the creditor an insider or related party?** | $40,321.60 | $194,139.83 |

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**April 29, 2019**
**Last 4 digits of account number**
**5100**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| | | | |
|---|---|---|---|
| **2.2** **First Home Bank**<br>Creditor's Name<br><br>**9190 Seminole Blvd.**<br>**Seminole, FL 33772**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**equipment, furniture, accounts receivable**<br><br>Describe the lien<br>**Non-Purchase Money Security (first position)**<br>**Is the creditor an insider or related party?** | $180,000.00 | $194,139.83 |

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**August 29, 2018**
**Last 4 digits of account number**
**7007**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

Debtor   **Moon Jump, Inc.**                                         Case number (if know) _____
_____
Name

■ No
☐ Yes. Specify each creditor,            ☐ Contingent
including this creditor and its relative    ☐ Unliquidated
priority.                                ☐ Disputed
_____

| 2.3 | **Ford Credit** | Describe debtor's property that is subject to a lien | $20,094.57 | $12,000.00 |

Creditor's Name                          **2016 Ford Transit Cargo Van**

**P.O. Box 790093**
**Saint Louis, MO 63179-0093**
Creditor's mailing address              Describe the lien
                                        **lien on certificate of title to motor vehicle**
                                        **Is the creditor an insider or related party?**
                                        ■ No
Creditor's email address, if known      ☐ Yes
                                        **Is anyone else liable on this claim?**
**Date debt was incurred**              ☐ No
                                        ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**
**5685**
**Do multiple creditors have an**       **As of the petition filing date, the claim is:**
**interest in the same property?**      Check all that apply
■ No                                    ☐ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its          ☐ Disputed
priority.

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $240,416.17 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **First Home Bank**<br>**700 Central Avenue**<br>**Suite 100, Loan Operations**<br>**Saint Petersburg, FL 33701** | Line  2.2 | |
| **U.S. Small Business Administration**<br>**6501 Sylvan Road**<br>**Suite 100**<br>**Citrus Heights, CA 95610** | Line  2.2 | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Moon Jump, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**City of Chicago**<br>**Department of Revenue**<br>**118 North Clark Street**<br>**Chicago, IL 60601** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,439.17 | $1,439.17 |
| | Date or dates debt was incurred | Basis for the claim:<br>**personal property use tax** | | |
| | Last 4 digits of account number **2982**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Hugo Cano**<br>**1781 Nottingham Drive**<br>**Aurora, IL 60505** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,400.00 | $2,400.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages incurred within last month** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Moon Jump, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,432.06 | $0.00 |
|---|---|---|---|---|

**Illinois Department of Revenue**
**P.O. Box 19035**
**Springfield, IL 62794-9035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**sales tax**

Last 4 digits of account number **9746**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,400.00 | $2,400.00 |
|---|---|---|---|---|

**Othon E. Nunez, Jr.**
**24W701 Woodcrest Drive**
**Naperville, IL 60540**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages incurred within last month**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,443.31 |
|---|---|---|---|

**American Express**
**Box 0001**
**Los Angeles, CA 90096-8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **misc credit card charges**

Last 4 digits of account number  **1003**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,573.42 |
|---|---|---|---|

**Chase**
**Cardmember Service**
**P.O. Box 1423**
**Charlotte, NC 28201-1423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business line of credit**

Last 4 digits of account number  **0850**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $416.34 |
|---|---|---|---|

**Chase**
**Cardmember Service**
**P.O. Box 1423**
**Charlotte, NC 28201-1423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **misc credit card charges**

Last 4 digits of account number  **1864**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Moon Jump, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,945.80**

**Comcast Business Services**
**500 Enterprise Road**
**Horsham, PA 19044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **early termination charges of cable/internet services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,000.00**

**Hugo Cano**
**1781 Nottingham Drive**
**Aurora, IL 60505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **personal loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Nicolas Rossio**
**c/o Clifford Law Offices**
**120 N. LaSalle St., Suite 3100**
**Chicago, IL 60602**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **personal injury claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$497.13**

**Nicor Gas**
**P.O. Box 5407**
**Carol Stream, IL 60197-5407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **utility service**

Last 4 digits of account number  **1891**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$579.60**

**Staffing Network, LLC**
**1815 S. Meyers Road**
**Suite 600**
**Oakbrook Terrace, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0282**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00**

**Vera Virgo, Inc.**
**235 East Schick Road**
**Bloomingdale, IL 60108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **lease payments**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,852.00**

**Vincent Incopero**
**Real Law Group**
**381 North York Street, Suite 18**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **business loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | Moon Jump, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express**<br>**P. O. Box 981535**<br>**El Paso, TX 79908-1535** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Chase**<br>**Cardmember Service**<br>**P. O. Box 15298**<br>**Wilmington, DE 19850-5298** | Line __3.2__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Chase**<br>**Cardmember Service**<br>**P. O. Box 15298**<br>**Wilmington, DE 19850-5298** | Line __3.3__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **City of Chicago**<br>**Department of Revenue**<br>**P.O. Box 88298**<br>**Chicago, IL 60680-1298** | Line __2.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Illinois Department of Revenue**<br>**Retailers' Occupation Tax**<br>**Springfield, IL 62796-0001** | Line __2.3__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Nicor Gas**<br>**P. O. Box 2020**<br>**Aurora, IL 60507-2020** | Line __3.7__<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 8,671.23 |
| 5b. Total claims from Part 2 | 5b. + $ | 150,307.60 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 158,978.83 |

**Fill in this information to identify the case:**

Debtor name __**Moon Jump, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **lease of business premises at 1750 Armitage Court, Addison, IL , term was November 1, 2012 through October 31, 2015 and term was extended to October 15, 2019** | |
| State the term remaining | **expired** | **Rondan, LLC** |
| List the contract number of any government contract | | **6001 Pelican Bay Blvd. Apt. 1104 Naples, FL 34108** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **(2) NFlatables Carousel, (1) NFlatables Pirate Ship, (1) NFlatables Wacky 3-in-1 Combo, (1) 22' Roaring Waters Dual Lane Water Slide, Birthday Cake with Hoop Inside & Defender Dome** | |
| State the term remaining | **25 months** | **Vera Virgo, Inc.** |
| List the contract number of any government contract | | **235 East Schick Road Bloomingdale, IL 60108** |

**Fill in this information to identify the case:**

Debtor name    **Moon Jump, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Anthony W. Diskey** | **235 East Schick Road** **Bloomingdale, IL 60108** | **Nicolas Rossio** | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.2 **Hugo Cano** | **1781 Nottingham Drive** **Aurora, IL 60505** | **First Home Bank** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 **Othon E. Nunez, Jr.** | **24W701 Woodcrest Drive** **Naperville, IL 60540** | **Chase** | ☐ D _____ ■ E/F __3.2__ ☐ G _____ |
| 2.4 **Othon E. Nunez, Jr.** | **24W701 Woodcrest Drive** **Naperville, IL 60540** | **American Express** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.5 **Othon E. Nunez, Jr.** | **24W701 Woodcrest Drive** **Naperville, IL 60540** | **First Home Bank** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Moon Jump, Inc.** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Othon E. Nunez, Jr. | 24W701 Woodcrest Drive Naperville, IL 60540 | American Express Merchant Financing | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.7 | Othon E. Nunez, Jr. | 24W701 Woodcrest Drive Naperville, IL 60540 | Ford Credit | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.8 | Othon E. Nunez, Jr. | 24W701 Woodcrest Drive Naperville, IL 60540 | Chase | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **Moon Jump, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)     _____

☐ Check if this is an
    amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

**Part 1:**    Income

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:** From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$674,120.07** |
    | **For prior year:** From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$604,449.00** |
    | **For year before that:** From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$723,854.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    |---|---|
    | | |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
    |---|---|---|---|
    | | | | |

Debtor    **Moon Jump, Inc.**

Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Chase**<br>**Cardmember Service**<br>**P.O. Box 1423**<br>**Charlotte, NC 28201-1423** | **9/20/19 ($2,000), 9/22/19 ($1,200), 9/23/19 ($3,000), & 10/3/19 ($1,000)** | **$7,200.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **First Home Bank**<br>**9190 Seminole Blvd.**<br>**Seminole, FL 33772** | **9/5/19 ($2,479.77), 10/7/19 ($2,479.77), & 11/5/19 ($2,432.08)** | **$7,391.62** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **American Express Merchant Financing**<br>**200 Vesey Street**<br>**New York, NY 10285** | **various daily ACH debits** | **$15,294.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **merchant financing transactions** |
| 3.4. **Vincent Incopera**<br>**Real Law Group**<br>**381 North York Street, Suite 18**<br>**Elmhurst, IL 60126** | **9/17/19** | **$33,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Hugo Cano**<br>**1781 Nottingham Drive**<br>**Aurora, IL 60505** | **various** | **$7,500.00** | **payments made on credit cards in the name of Hugo Cano; credit card debts were incurred on behalf of Debtor** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor    **Moon Jump, Inc.**                                                    Case number *(if known)* _____

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**    **Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Nicolas Rossio v Anthony W. Diskey & Moon Jump, Inc.<br>2019L000226 | personal injury claim | Circuit Court 18th Judicial Circuit | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Moon Jump, Inc.**                                           Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Joel A. Schechter**<br>**53 W. Jackson Blvd.**<br>**Suite 1522**<br>**Chicago, IL 60604** | amount reflected includes filing fee | **October 29, 2019** | $5,335.00 |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
   to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
   2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
   both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **American Vinyl Consultants, Inc.**<br>**1750 West Armitage Court**<br>**Addison, IL 60101** | sewing machine sold to recipient | **November 4, 2019** | $500.00 |
| Relationship to debtor<br>entity owned by insiders | | | |

---

| **Part 7:** | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

---

Debtor    **Moon Jump, Inc.**                                                                Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 5

Debtor    **Moon Jump, Inc.**                                                    Case number *(if known)*

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Jeffrey A. Rodgers**<br>**James T. Borello & Co.**<br>**151 East Dundee Avenue**<br>**Dundee, IL 60118** | **various, preparation of tax returns** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor   **Moon Jump, Inc.**                                                Case number *(if known)* _____

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
|  |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **First Home Bank**<br>**9190 Seminole Blvd.**<br>**Seminole, FL 33772** |
| 26d.2. **American Express Merchant Financing**<br>**200 Vesey Street**<br>**New York, NY 10285** |
| 26d.3. **U.S. Small Business Administration**<br>**6501 Sylvan Road**<br>**Suite 100**<br>**Citrus Heights, CA 95610** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐   No
■   Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Othon E. Nunez, Jr.** | **November, 2019** |  |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Othon E. Nunez, Jr.**<br>**1750 West Armitage Court**<br>**Addison, IL 60101** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Othon E. Nunez, Jr.** | **24W701 Woodcrest Drive**<br>**Naperville, IL 60540** | **President and Shareholder** | **70%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Hugo Cano** | **1781 Nottingham Drive**<br>**Aurora, IL 60505** | **Secretary and Shareholder** | **30%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐   No
■   Yes. Identify below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Moon Jump, Inc.**  Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Othon E. Nunez, Sr.** | **8506 North Fitzgerald Way Missouri City, TX 77459** | **Director** | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Othon E. Nunez, Jr. 24W701 Woodcrest Drive Naperville, IL 60540** | **amount is approximate, $49,355.68** | **Various** | **Wages** |
| **Relationship to debtor** **President and Shareholder** | | | |
| 30.2. **Hugo Cano 1781 Nottingham Drive Aurora, IL 60505** | **28,480.39** | **Various** | **Wages** |
| **Relationship to debtor** **Secretary and Shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor   **Moon Jump, Inc.**                                                    Case number *(if known)*

---

**Part 14:**   Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 8, 2019**

**/s/ Othon E. Nunez, Jr.**                              **Othon E. Nunez, Jr.**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Debtor  __Moon Jump, Inc._____  Case number *(if known)* _____

### Part 14:  Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __November 8, 2019_____

_____  __Othon E. Nunez, Jr._____ _____ ____ _
Signature of individual signing on behalf of the debtor  Printed name

Position or relationship to debtor  __President_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Moon Jump, Inc.** _____  Case No. _____

Debtor(s)  Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☑ Debtor  ☐ Other (specify):

4.  The source of compensation to be paid to me is:

☑ Debtor  ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 8, 2019** _____   /s/ Joel A. Schechter _____
_Date_                                          **Joel A. Schechter 3122099**
                                                _Signature of Attorney_
                                                **Law Offices of Joel A. Schechter**
                                                **53 West Jackson Blvd**
                                                **Suite 1522**
                                                **Chicago, IL 60604**
                                                **312-332-0267  Fax: 312-939-4714**
                                                **joelschechter1953@gmail.com**
                                                _Name of law firm_

# United States Bankruptcy Court
## Northern District of Illinois

In re   Moon Jump, Inc.

Debtor(s)

Case No.
Chapter  _7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                      24

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   November 8, 2019

Othon E. Nunez, Jr./President
Signer/Title

American Express
Box 0001
Los Angeles, CA 90096-8000

American Express
P. O. Box 981535
El Paso, TX 79908-1535

American Express Merchant Financing
200 Vesey Street
New York, NY 10285

Anthony W. Diskey
235 East Schick Road
Bloomingdale, IL 60108

Chase
Cardmember Service
P.O. Box 1423
Charlotte, NC 28201-1423

Chase
Cardmember Service
P. O. Box 15298
Wilmington, DE 19850-5298

City of Chicago
Department of Revenue
118 North Clark Street
Chicago, IL 60601

City of Chicago
Department of Revenue
P.O. Box 88298
Chicago, IL 60680-1298

Comcast Business Services
500 Enterprise Road
Horsham, PA 19044

First Home Bank
9190 Seminole Blvd.
Seminole, FL 33772

First Home Bank
700 Central Avenue
Suite 100, Loan Operations
Saint Petersburg, FL 33701


Ford Credit
P.O. Box 790093
Saint Louis, MO 63179-0093


Hugo Cano
1781 Nottingham Drive
Aurora, IL 60505


Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794-9035


Illinois Department of Revenue
Retailers' Occupation Tax
Springfield, IL 62796-0001


Nicolas Rossio
c/o Clifford Law Offices
120 N. LaSalle St., Suite 3100
Chicago, IL 60602


Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197-5407


Nicor Gas
P. O. Box 2020
Aurora, IL 60507-2020


Othon E. Nunez, Jr.
24W701 Woodcrest Drive
Naperville, IL 60540


Rondan, LLC
6001 Pelican Bay Blvd.
Apt. 1104
Naples, FL 34108

Staffing Network, LLC
1815 S. Meyers Road
Suite 600
Oakbrook Terrace, IL 60181


U.S. Small Business Administration
6501 Sylvan Road
Suite 100
Citrus Heights, CA 95610


Vera Virgo, Inc.
235 East Schick Road
Bloomingdale, IL 60108


Vincent Incopero
Real Law Group
381 North York Street, Suite 18
Elmhurst, IL 60126

**United States Bankruptcy Court**
**Northern District of Illinois**

In re   Moon Jump, Inc.

Debtor(s)

Case No.

Chapter      7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Moon Jump, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 8, 2019

Date

Joel A. Schechter 3122099
Signature of Attorney or Litigant
Counsel for   Moon Jump, Inc.
Law Offices of Joel A. Schechter
53 West Jackson Blvd
Suite 1522
Chicago, IL 60604
312-332-0267 Fax:312-939-4714
joelschechter1953@gmail.com